UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) No. 3:19-CR-212 |
| | ) |
| MATTHEW SHUMATE | ) |

## ORDER

Magistrate Judge C. Clifford Shirley filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw his not guilty plea to the charge set forth in the Indictment; (2) accept Defendant's plea of guilty to the charge set forth in the Indictment, that is, of knowingly possessing, in and affecting interstate commerce, a firearm and ammunition while also knowing that he had previously been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, in violation of 18 U.S.C. § 922(g)(1); (3) adjudicate Defendant guilty of the charge set forth in the Indictment; and (4) find Defendant shall remain in custody until sentencing in this matter [R. 15]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [R. 15] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1)  Defendant's motion to withdraw his not guilty plea to the charge set forth in the Indictment is **GRANTED**;

(2) Defendant's plea of guilty to the charge set forth in the Indictment, that is, of knowingly possessing, in and affecting interstate commerce, a firearm and ammunition while also knowing that he had previously been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, in violation of 18 U.S.C. § 922(g)(1), is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charge set forth in the Indictment;

(4) Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **June 3, 2020, at 1:30 p.m.** before the Honorable Pamela L. Reeves, United States District Judge.

**SO ORDERED.**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**